UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

OSCAR URBINA ACOSTA,

Plaintiff,

v.

WASHOE COUNTY SHERIFF
DETENTION FACILITY,

Defendant.

Case No. 3:24-cv-00324-MMD-CSD

ORDER

On October 30, 2024, the Court screened Plaintiff Oscar Urbina Acosta's civil rights complaint (ECF No. 8 ("Complaint")) under 28 U.S.C. § 1915A. (ECF No. 7.) The Court dismissed the Complaint without prejudice and with leave to amend within 30 days. Acosta failed to file an amended complaint, and on December 12, 2024, the Court dismissed the case without prejudice, entered judgment, and closed the case. (ECF Nos. 9, 10.)

Acosta now filed a letter stating that he wishes to bring his claims in a new case and asking the Court to send him a copy of the Complaint. (ECF No. 11.) Acosta also suggests that he failed to respond to the Court's orders because he has difficulty with English, he had been transferred from Washoe County Jail to the custody of the Nevada Department of Corrections, and he did not realize that his mail from the Court would not be automatically forwarded. (*Id.*)

The Court notes that Plaintiff did file an updated address stating that his address was Northern Nevada Correctional Center before the Court issued its screening order. (ECF No. 6.) Furthermore, neither the screening order, nor the order dismissing the case came back as undeliverable. Thus, it appears that Acosta received the Court's screening

order and the order dismissing the case. Nonetheless, in light of Acosta's *pro se* status, the Court will send him a courtesy copy of the Court's screening order as well as his original complaint.

It is therefore ordered that the Clerk of the Court is directed to send to Plaintiff Oscar Urbina Acosta a courtesy copy of the Court's screening order (ECF No. 7) as well as a courtesy copy of his Complaint (ECF No. 8.)

DATED THIS 12th Day of May 2026.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE

2