UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| OSCAR URBINA ACOSTA,<br><br>Plaintiff,<br>v.<br><br>WASHOE COUNTY SHERIFF DETENTION FACILITY,<br><br>Defendant. | Case No. 3:24-cv-00324-MMD-CSD<br><br>ORDER |

On October 30, 2024, the Court screened Plaintiff Oscar Urbina Acosta's civil rights complaint (ECF No. 8 ("Complaint")) under 28 U.S.C. § 1915A. (ECF No. 7 ("Screening Order").) The Court dismissed the Complaint without prejudice and with leave to amend within 30 days. (*Id.* at 6.) Acosta did not file an amended complaint. On December 12, 2024, the Court dismissed the case without prejudice, entered judgment, and closed the case. (ECF Nos. 9, 10.)

Acosta subsequently filed a letter stating that he wished to bring his claims in a new case and asking the Court to send him a copy of the Complaint. (ECF No. 11.) The Court granted the request and sent Acosta a courtesy copy of the Complaint and Screening Order. (ECF No. 14.)

Acosta has now filed another letter, again requesting a copy of the Complaint and Screening Order. (ECF No. 15.) The only explanation that Acosta provides for why he needs another copy of the Complaint and Screening Order is that he is now back at Washoe County Detention Center and he has difficulty with English. (*Id.*) In light of Acosta's *pro se* status, his difficulty with English, and the fact that he has apparently been transferred to a different detention facility, the Court will send Acosta one last courtesy copy of the Complaint and Screening Order. However, the Court notes that it cannot

continue to provide free copies for Acosta. If Acosta needs another copy of any filings from this case in the future, he will need to fill out the necessary paperwork and pay the fee for the copies.

It is therefore ordered that the Clerk of the Court is directed to send a courtesy copy of the Screening Order (ECF No. 7) and Complaint (ECF No. 8) to Plaintiff Oscar Urbina Acosta at Washoe County Detention Center.

DATED THIS 30th Day of September 2026.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE